1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ALTHEIA TAYLOR,                  )   NO. EDCV 09-01829-MMM (MAN)
                                      )
12                   Plaintiff,       )   ORDER ACCEPTING AND ADOPTING
                                      )
13              v.                    )   FINDINGS, CONCLUSIONS, AND
                                      )
14   COUNTY OF SAN BERNARDINO, et     )   RECOMMENDATIONS OF UNITED STATES
     al,                              )
15                                    )   MAGISTRATE JUDGE
                     Defendants.      )
16   _____

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the First

19   Amended Complaint, defendants' motion to dismiss the First Amended

20   Complaint ("Motion"), all of the records herein, the Report and

21   Recommendation of United States Magistrate Judge ("Report"), and

22   plaintiff's Objections.  The Court has conducted a *de novo* review of

23   those matters to which Objections have been stated in writing.  Having

24   completed its review, the Court accepts and adopts the Report.

25

26        **IT IS ORDERED** that:  the Motion is granted pursuant to Rule

27   12(b)(6) of the Federal Rules of Civil Procedure; and the First Amended

28   Complaint is dismissed as follows:

1      (1)  Claims One through Nine are dismissed with leave to amend;

2

3      (2)  Claims Ten through Twelve are dismissed without leave to

4  amend and without prejudice to their reassertion in state court; and

5

6      (3)  Plaintiff is granted leave to amend to file and serve a

7  Second Amended Complaint, consistent with this Order and the Report,

8  within thirty (30) days of this Order.

9

10      IT IS SO ORDERED.

11

12  DATED:   September 30, 2011.

13

14                              _____
                                MARGARET M. MORROW
15                              UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2