1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10

11  ALTHEIA TAYLOR,                    )   NO. EDCV 09-01829-MMM (MAN)
                                       )
12                  Plaintiff,         )   ORDER ACCEPTING AND ADOPTING
                                       )
13          v.                         )   FINDINGS, CONCLUSIONS, AND
                                       )
14  COUNTY OF SAN BERNARDINO, et       )   RECOMMENDATIONS OF UNITED STATES
    al,                                )
15                                     )   MAGISTRATE JUDGE
                    Defendants.        )
16  _____   )

17

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the First

19  Amended Complaint, defendants' motion to dismiss the First Amended

20  Complaint ("Motion"), all of the records herein, the Report and

21  Recommendation of United States Magistrate Judge ("Report"), and

22  plaintiff's Objections.  The Court has conducted a *de novo* review of

23  those matters to which Objections have been stated in writing.  Having

24  completed its review, the Court accepts and adopts the Report.

25

26      **IT IS ORDERED** that:  the Motion is granted pursuant to Rule

27  12(b)(6) of the Federal Rules of Civil Procedure; and the First Amended

28  Complaint is dismissed as follows:

        (1)   Claims One through Nine are dismissed with leave to amend;

        (2)   Claims Ten through Twelve are dismissed without leave to amend and without prejudice to their reassertion in state court; and

        (3)   Plaintiff is granted leave to amend to file and serve a Second Amended Complaint, consistent with this Order and the Report, within thirty (30) days of this Order.


        IT IS SO ORDERED.


DATED:   September 30, 2011.


                                          _____
                                          MARGARET M. MORROW
                                          UNITED STATES DISTRICT JUDGE