UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTHEIA TAYLOR, | NO. EDCV 09-1829-MMM (MAN) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS |
| COUNTY OF SAN BERNARDINO, et al., | AND RECOMMENDATIONS OF |
| Defendants. | UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, defendant's motion to dismiss the Second Amended Complaint ("Motion"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and plaintiff's Objections to the Report. The Court has conducted a *de novo* review of those portions of the Report to which objections have been stated in writing. The Court accepts the findings and recommendations set forth in the Report.

IT IS ORDERED that: (1) the Motion is granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; (2) the Second Amended

Complaint is dismissed without leave to amend; and (3) Judgment shall enter dismissing this action with prejudice as to plaintiff's federal claims and without prejudice as to plaintiff's state law claims.

IT IS SO ORDERED.

DATED: September 23, 2012.

Margaret M. Morrow

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE