UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTHEIA TAYLOR, | ) NO. EDCV 09-1829-MMM (MAN) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| COUNTY OF SAN BERNARDINO, et al., | ) |
| Defendants. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed as follows: plaintiff's federal claims are dismissed with prejudice; and plaintiff's state law claims are dismissed without prejudice.

DATED:   September 23, 2012.

*Margaret M. Morrow*
_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE